IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02367-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7220 MINERAL WELLS DRIVE, COLORADO SPRINGS, COLORADO, and $254,960.00 IN UNITED STATES CURRENCY,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion for Filing an Amended Answer in Accordance with F.R.Civ.P. 15(A)(2) by Claimant First Mortgage Company, L.L.C." (#30, filed April 4, 2008) is GRANTED. Claimant's amended answer is due on or before April 25, 2008.

Dated: April 7, 2008