IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02367-MSK-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

7220 MINERAL WELLS DRIVE, COLORADO SPRINGS, COLORADO; and

$254,960.00 IN UNITED STATES CURRENCY,

       Defendants.

---

## DEFAULT AND FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Default and Final Order of Forfeiture (Motion) **(#47)**, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, the only Claim and Answer filed is that of lienholder First Mortgage Company LLC. The United States and First Mortgage Company LLC have entered into a Settlement Agreement which resolves all outstanding issues in this case.

THAT upon agreement of the parties, defendant 7220 Mineral Wells Drive will be forfeited to the United States, sold, and First Mortgage Company LLC will be paid its unpaid principal, interest, and attorney's fees as outlined in the parties' Settlement Agreement.

THAT potential claimants Claudio Montanao, a/k/a Claudio Montano and his wife, Maria Montanao have disclaimed any interest they may have, and agree to forfeiture of defendant 7220 Mineral Wells Drive.

THAT there have been no other Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default against Mario Mendoza, Sandra Zavala, and Juan Garcia-Abarca was entered by the Clerk on July 2, 2008;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

THAT none of the defendant property is an infant, incompetent person, officer or agency of the United States or the State of Colorado, or in the military service.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the Motion is GRANTED. Default is entered against Mario Mendoza, Sandra Zavala, and Juan Garcia-Abarca and all of their right, title, and interest in defendants 7220 Mineral Wells Drive and $254,960.00 in United States currency is hereby entered in favor of the United States;

THAT forfeiture of defendants 7220 Mineral Wells Drive and $254,960.00 in United States currency shall enter in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law and with the terms and provisions of the

parties' Settlement Agreement;

        THAT the Clerk of Court is directed to enter Judgment; and

        THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant property under 28 U.S.C. § 2465.

        Dated this 4th day of September, 2008.

        **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge